# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| EDDIE TAYLOR, JR., | ) |
| Movant, | ) |
| v. | ) No. 1:05-CV-121 CAS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that movant Eddie Taylor's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**, without prejudice, as premature.

**IT IS FURTHER ORDERED** that movant is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this  2nd  day of August, 2005.

_____
**UNITED STATES DISTRICT JUDGE**